# UNITED STATES DISTRICT COURT
for the

District of Maryland

Judith Josey
_____
Plaintiff

v.                                    Civil Action No. WDQ-12-144

NCO Financial Systems
_____
Defendant

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

NCO Financial Systems
507 Prudential Road
Horsham, PA 19044

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Judith Josey
PO Box 52396
Pikesville, MD 21282

United States District Court
For the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

FILED ___ ENTERED
LOGGED ___ RECEIVED

FEB 09 2012

AT BALTIMORE COURT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY